UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FELICIA THORPE,

                           Plaintiff,

    v.

QUEST DIAGNOSTICS INCORPORATED,

                          Defendant.

Case No. 2:14-cv-01879-GMN-NJK

ORDER

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference currently scheduled for March 25, 2015, at 9:30 a.m., is **VACATED** and **CONTINUED** to **April 10, 2015, at 9:30 a.m.**

2. The deadline for chambers to receive the confidential settlement conference statements is moved from March 18, 2015, to **April 3, 2015,** to be received in Chambers, Room 3071, no later **4:00 p.m.**

3. All other instructions within the original Order Scheduling Early Neutral Evaluation Session (Dkt. #10) shall remain.

DATED this 13th day of January, 2015.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1